IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EDDIE JAMAAL MIXON**                                                                     **PLAINTIFF**

**V.**                                              **NO. 4:24-CV-123-DMB-JMV**

**LEXISNEXIS RISK
SOLUTIONS INC.**                                                      **DEFENDANT**

## ORDER OF RECUSAL

The undersigned district judge recuses from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 13th day of January, 2025.

                                                 /s/Debra M. Brown
                                                **UNITED STATES DISTRICT JUDGE**